Submitted on the record and brief December 3, 1997, accused disbarred February 11, 1999

In re Complaint as to the Conduct of

# TERRY G. SUNDKVIST,

*Accused.*

## (OSB 96-95, 96-96; SC S44566)

974 P2d 206

Jane E. Angus, Assistant Disciplinary Counsel, Lake Oswego, filed a brief on behalf of the Oregon State Bar.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Kulongoski, Justices.*

PER CURIAM

---

* Fadeley, J., retired January 31, 1998, and did not participate in this decision. Graber, J., resigned March 31, 1998, and did not participate in this decision.

## PER CURIAM

In this disciplinary proceeding, the Oregon State Bar (Bar) charged the accused with violating Code of Professional Responsibility Disciplinary Rule (DR) 1-102(A)(2) (engaging in a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness to practice law), DR 1-102(A)(3) (conduct involving dishonesty, fraud, deceit or misrepresentation), DR 1-103(C) (failure to cooperate), and ORS 9.527(1) (conduct for which the accused would be denied admission to the Bar, if applying) and (4) (wilful deceit or misconduct in the legal profession).

A trial panel of the disciplinary board conducted a hearing on the charges. The accused made no appearance, but admitted the facts on which the Bar based its charges. That trial panel found that the accused had violated each of the disciplinary rules and statutes alleged by the Bar and imposed the sanction of disbarment.

A recitation of the pertinent facts would not benefit the Bar or the public. On *de novo* review of the record, we conclude that the accused is guilty of each of the Bar's charges and that the appropriate sanction is disbarment.

The accused is disbarred.